Bryan J. Vogel (*pro hac vice*)
BVogel@RobinsKaplan.com
Danielle Rosenthal (*pro hac vice*)
DRosenthal@RobinsKaplan.com
Miles Finn (*pro hac vice* to be filed)
MFinn@RobinsKaplan.com
Jason Williams (*pro hac vice*)
JWilliams@RobinsKaplan.com
**ROBINS KAPLAN LLP**
399 Park Avenue, Suite 3600
New York, NY 10022-4690
Tel.: (212) 980-7400
Fax: (212) 980-7499

Cyrus A. Morton (*pro hac vice* to be filed)
CMorton@RobinsKaplan.com
William E. Manske (*pro hac vice* to be filed)
WManske@RobinsKaplan.com
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Tel.: (612) 349-8500
Fax: (612) 339-4181

Li Zhu (Bar No. 302210)
LZhu@RobinsKaplan.com
**ROBINS KAPLAN LLP**
2440 W El Camino Real, Suite 100
Mountain View, CA 94040
Tel.: (650) 784-4040
Fax: (650) 784-4041

Attorneys for Plaintiff
Celgard, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| CELGARD, LLC,<br><br>PLAINTIFF,<br><br>V.<br><br>SHENZHEN SENIOR TECHNOLOGY MATERIAL CO. LTD., AND SHENZHEN SENIOR TECHNOLOGY MATERIAL CO. LTD. (US) RESEARCH INSTITUTE,<br><br>DEFENDANTS. | Case No. 4:19-cv-05784-JST<br><br>**DECLARATION OF IAN MCCALLUM IN SUPPORT OF CELGARD'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>**[REDACTED VERSION]** |

# DECLARATION OF IAN MCCALLUM
# IN SUPPORT OF CELGARD'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

I, Ian McCallum, hereby declare as follows:

1. I am over the age of 18, and I have personal knowledge of the matters set forth in this declaration, except where otherwise indicated, and if called to testify I could and would competently testify to them.

2. I am employed by Celgard, LLC as Director, Strategic Marketing. In this role, I am responsible for analyzing, reporting, and anticipating market trends and forces that influence our customer's technical and economic decisions. This includes at a minimum topics such as end customer application requirements and trends, customer battery design information including separator design, forecasting future market size, and the competitive environment within the global separator industry. In addition, I am responsible for product positioning and value.

**Celgard Background and its Role in the Battery Separator Market**

3. Celgard is headquartered in Charlotte, North Carolina and is a U.S.-based and an internationally well-known leader in the production of specialty battery materials. Celgard has a broad portfolio of highly engineered products used in industry, and is one of the largest suppliers of separators to the lithium-ion battery industry.

4. Separators are thin sheets used in batteries, and they sit between a battery's electrodes—the anode and the cathode.

5. Celgard has invested hundreds of millions of dollars into research and development for new battery separator technologies and is an innovator in both coated and uncoated separators.

6. Celgard has long been recognized as a leading innovator in the battery separator market. Celgard's technology, its reputation, its market leadership, and its customer loyalty comprise a significant portion of Celgard's value.

7. Celgard's customers are predominantly companies that supply batteries (or cells) or battery packs (or modules) to manufacturers that produce consumer electronic ("CE") devices,

REDACTED VERSION OF
MCCALLUM DECLARATION

1  electric vehicles ("EVs"), and energy storage systems. EVs include both hybrid-EVs, like the
2  Toyota Prius, and full-EVs, like Teslas.

3      8.    Celgard's separators are widely used in lithium-ion batteries for EVs, energy
4  storage systems, power tools, and CE devices, such as notebook computers, mobile telephones,
5  and tablets.

6      9.    Celgard has diligently pursued and procured intellectual property rights both in
7  the United States and internationally. Celgard owns over 200 United States and international
8  patents, including Reissued Patent RE47,520 (the "'520 patent"), formerly United States Patent
9  6,432,586 ("the '586 patent"), and United States Patent No. 6,692,867 ("the '867 patent").
10 Celgard owns all right, title, and interest in and to the '520 and '867 patents. The '520 patent is
11 recognized (as the '586 patent) as being foundational in the separator field and has been cited
12 in over 50 patents and patent applications. The '520 patent relates to ceramic coated separators
13 for use in lithium-ion batteries. Celgard has invested significant resources in developing the
14 technology behind its patents.

15     10.    Generally, customer demand for batteries is driven in part by requirements for
16 increased capacity, increased energy density, longer cycle life, and improved safety. Battery
17 separators are crucial to both the safety and life cycle of the battery, and accordingly,
18 Celgard's patented technology is vital to creating demand for any battery incorporating a
19 separator covered by its patents.

**Celgard is a Recognized Leader in the U.S. Clean-Energy Field**

21     11.    Celgard's work in the lithium-ion battery industry has been highly praised, and
22 Celgard has received numerous accolades for its work in the lithium-ion battery industry.
23 Celgard's work in EVs in particular has been praised by numerous high-ranking officials,
24 including former President Obama, former Secretary of Energy, Steven Chu, and former
25 Secretary of Labor, Hilda Solis. *See* Exhibits A, B, C.

26     12.    Celgard's reputation as an innovator in the lithium-ion battery market sets it apart
27 from its competitors. In particular, Celgard is the largest global producer of dry process
28 separators, which have significant competitive advantages in performance particularly when used

in EV applications where durability and safety are paramount requirements.

**The Market for Separators is Rapidly Expanding**

13. When customers select a separator for use in a battery, they often face competing issues. For example, a battery design that has a high energy density might have a poor cycle life. One of the most important competing issues is between energy density and safety. Particularly for batteries with high capacity (e.g., those used in EVs) a defect in a separator can lead to an unsafe event—such as a battery fire or explosion. Accordingly, while a battery designer might want to use a particularly thin separator to maximize energy density, a thin separator might be more susceptible to an unsafe condition than a thicker or coated separator.

14. Demand for separators continues to increase with the growing popularity of EVs and CEs that require reliable, safe, high-energy lithium-ion batteries. In particular, there is high growth opportunity for the EV market. Access to a growing customer base is critical to a separator manufacturer's long-term viability. Securing customer loyalty is especially important in an emerging market like the EV market.

15. The market for EVs that use lithium-ion batteries is rapidly expanding with an increasing number of makes and models available (including cars and buses) for sale. Plug-in EVs that use lithium-ion batteries have been offered for sale only since 2008. Many of the plug-in EVs, specifically plug-in hybrid EVs in the United States and China, have adopted ceramic coated separators. Global EV sales hit 2.1M units in 2018 (+63% yoy growth), and original equipment manufacturers ("OEMs") launched 95 new EV models in 2018 with more than 300 to follow in 2020. *See* Exhibit D at 6 (McKinsey Center for Future Mobility, "The xEV Revolution," Presented at 2019 AABC-Europe Conference). The lithium-ion battery industry, led by the EV market, is now entering the fastest growth period in industry history, thus multiplying the effect of market position and/or company sales at industry suppliers at an accelerating rate every day.

16. Vehicle manufacturers are rapidly increasing the number of different plug-in EVs available as demand grows. For example, GM has said it plans to introduce 20 new all-electric vehicles globally by 2023. *See* Exhibit E. Volkswagen said in a press release that it is

REDACTED VERSION OF
MCCALLUM DECLARATION

1   raising the number of models that will use the MEB (EV) platform from 50 to 70 and its

2   production goal for that chassis from 15 million to 22 million cars by 2028. *See* Exhibit F.

3         17.     In the midst of this growth in available EVs, vehicle manufacturers continue to

4   explore options for increasing the per-charge driving range of EVs and safety, often using, or

5   making plans to use, a ceramic coated separator to achieve this objective.

6         18.     A ceramic coated separator is very common in the vast majority of full-EVs

7   operating in the United States. The success behind the growth of EVs is significantly correlated

8   with longer per-charge driving range—a critical consumer criteria. The longer per-charge driving

9   ranges now available in today's EVs are supported by very high energy density lithium-ion

10  battery cells. The characteristics of these types of lithium-ion battery cells typically lead cell

11  design engineers to specify ceramic coated separators to help address a balance between

12  performance (i.e., longer per-charge driving range) and safety. This trend is expected to continue

13  and accelerate.

**Battery Separator Supply Chain and Competition**

15        19.     Tiered supply chains are the rule in the EV and the CE industries, where the

16  final product consists of many complex components and sub-assemblies that must comply with

17  stringent quality, manufacturing, and business standards. A company, such as Celgard, is an

18  important member of a tiered supply chain, typically supplying components to a battery supplier,

19  who in turn supplies components directly to an OEM that produces CEs, EVs or energy storage

20  systems. Being a part of the innovation cycle is crucial to companies like Celgard.

21        20.     Competition for battery sales does not occur on a unit-by-unit basis. Rather,

22  battery manufacturers compete to have EV or CE manufacturers use their batteries for an entire

23  product line. Supplying batteries and battery parts for EVs and CEs requires extensive testing and

24  validation among the separator supplier, the battery manufacturer, and the EV or CE

25  manufacturer.

26        21.     Battery manufacturers compete to have EV or CE manufacturers use their

27  batteries. Once selected, the battery manufacturers tend to "design in" a particular separator

28  for that "generation"—i.e., that model's production life cycle-which, for EVs, lasts from two

to five years, or more. Because many batteries are designed to last for years, and because the ramifications of a battery fire are so dire, manufacturers tend to stick with a battery design, and a particular separator, for a long time.

22. Celgard (or its competitors) often collaborate with their customers and potential customers to provide highly-engineered and specifically-designed separators for each customer or potential customer's requirements. Typically, the selling process for a separator requires a series of meetings between the separator supplier, cell producer, and sometimes the OEM where requirements are discussed, and sample separators are provided and evaluated. These sample separators may be tested as isolated units, or they may be built into working batteries. Following testing of the isolated units or of the working batteries, the separator manufacturer (e.g., Celgard or competitors like Shenzhen Senior Technology Material Co. Ltd. (US) Research Institute/Shenzhen Senior Technology Material Co. Ltd. (collectively, "Senior")) may modify the separator, and the new separator and batteries built with it are retested. This iterative process can continue for months or even years, and it can continue through the qualification process. Over time, relationships are developed among the parties that make it easier for Celgard (or its competitors) to provide additional customized solutions for future programs.

23. Because of the length of the design cycle, battery suppliers and battery component suppliers gain the advantage of building a long-term supply relationship with the OEM.

24. In the EV market, the activities I discuss above in Paragraph 22 are particularly important. The approval process for a battery in an EV can take years and once a car manufacturer approves a part, changes cannot readily be made without re-seeking approval. Thus, once a car manufacturer approves a battery, it essentially commits to a specific design until the next model. The successful battery manufacturer (and separator supplier) thereby procures a blocking position that immunizes it from competition for several years.

25. Ultimately, supplying batteries and battery parts for EVs and CEs requires extensive testing and validation among the separator supplier, the battery manufacturer, and the vehicle manufacturer. Because of a vehicle generation's length and the efforts involved in

REDACTED VERSION OF
MCCALLUM DECLARATION

changing battery design between generations, separator suppliers build a long-term relationship with battery manufacturers and learn of their new technology, often referred to as an "incumbency" bias. Actively supplying EV and CE battery parts allows a separator supplier to learn technical problems its customers face and to direct research and development efforts to resolve those problems. Further, other EV manufacturers or CE manufacturers are more likely to select suppliers that they know to have industry experience.

26. In the EV battery market, working closely with an OEM also provides suppliers with valuable insights as to a manufacturer's needs and specifications, which can be applied to future projects and which provides incumbent infringing suppliers a tremendous competitive advantage and is unfair and results in substantial and irreparable harm.

27. Celgard's experience in the EV market provides a good illustration. When providing separators for use in a battery for an EV, Celgard works closely with both the battery supplier and the OEM. Several meetings are normally held over several years during the battery and vehicle design phase to discuss future programs, develop product design requirements, innovate custom solutions to specific customer needs, conduct quality and manufacturing audits and finalize commercial terms. Relationships are developed among the supplier, the tiered customer and the OEM at many levels during this process. Supplying components for an EV creates a familiarity and confidence that yields an "incumbency effect" that can carry over from one design cycle to the next. This "incumbency effect" increases the likelihood that the tiered suppliers and OEM will continue to harvest their initial investment through future contracts. Furthermore, through its experience in the EV industry, Celgard has learned that OEMs are more likely to look to their current suppliers for future designs, rather than to suppliers to which the OEMs have not already awarded business, and other OEMs are more likely to select suppliers that they know to have industry experience.

28. Actively supplying separators for EV batteries and CE devices allows Celgard to learn technical problems its customers face and to direct its research and development efforts to resolving those problems.

**The Emerging Market in China for Separators**

29.     The Chinese government is seeking to have China become the global leader in lithium-ion battery technology, as well as the leader in EV technology. The Chinese government plans to have 5 million EVs on the road by 2020. *See* Exhibit G (Morgan Stanley, EV Batteries Report, June 2, 2016). To facilitate these goals, the Chinese government provides subsidies for EVs, which in turn caused demand for lithium-ion batteries to grow at a rate of 97% annually between 2013 and 2015. Additionally, the Chinese government mandates that 50% of new vehicle purchases for publicly owned fleets (such as public buses and taxis) must be EVs by 2020. *See* Exhibit H. According to market research, there are over 75 competing Chinese companies that are positioned to provide lithium-ion batteries with ceramic coated separators with many more attempting to enter the market, including international manufacturers that must either meet strict standards or partner with a Chinese company. *See* Exhibit I at 8 (Celgard, Sales Meeting 2019: LIB Separator Market). In 2018, there were around 400 EV makers. The industry has too many "approved" EV manufacturers. Many are using large, well-established car manufacturers for vehicle production. With the changes in vehicle subsidies, profitability of EVs is dropping making it even more difficult for start-ups to be viable. During consolidation, auto OEM buying power will increase with volume increases, which will put increasing price pressures for supply chain participants.

30.     Receipt of subsidies from the Chinese government is conditioned on meeting certain requirements, including a minimum energy density for the batteries installed in the EV. Thus, as with other EV manufacturers, Chinese EV manufacturers have continued to explore options for increasing the per-charge driving range of EVs.

31.     Subsidies provide Chinese battery manufacturers and Chinese separator manufacturers with the ability ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆.

32.     Following a string of electric bus fires in China, the Chinese government instituted

1   new regulations mandating that lithium-ion batteries meet certain safety requirements. Chinese
2   battery manufacturers have identified ceramic coating on a separator as the best way to prevent
3   the type of catastrophic failures (e.g., bus fires) that were previously prevalent.

4         33.     In order to meet both the safety standards and the energy density requirements
5   necessary for subsidies, the use of ceramic coated separators in China has expanded significantly.

6         34.     To accommodate the increased demand for battery cells (and separators), Chinese
7   manufacturers are adding large numbers of production lines for separators, raising the total
8   manufacturing capability to over 1 billion m$^2$ [1] per year of separators. *See e.g.,* Exhibit J at 16 (W-
9   Scope IR Presentation, August 10, 2016); *see also* Exhibit I at 15; Exhibit S at 18-19. More than
10  half of this capacity is ceramic coated separators.

11        35.     The subsidies provided to Chinese separator manufacturers continue to enable
12  Chinese separator manufacturers to be able to ███████████████████████████████
13  ████████████████████████████████████████████████████████████████████████████
14  ██████

**Senior Manufactures Infringing Separators**

16        36.     One such company that manufactures, imports, distributes, offers for sale, and
17  sells lithium-ion battery separators is China-based Senior.

18        37.     Senior manufactures infringing copies of Celgard's separators in China █
19  ████████████████████████████████████████████████████████████████████████████
20  ████████████████████████████████████████████████████████████████
21  █████████████████████████████████

22        38.     Senior offers for sale, and sells lithium-ion battery separators to battery
23  suppliers, who incorporate the separators into lithium-ion batteries (or cells) for EVs and CEs
24  sold throughout the U.S. and the world. Senior is Celgard's direct competitors.

25        39.     Based upon its website, Senior claims it is "a leading enterprise in the lithium
26  battery separator industry in China." Exhibit M. In addition, Senior claims that to "meet the

---

[1] "m$^2$" means "square meters," or approximately 9 square feet.

requirements of high capacity, high energy density and high safety cells, we develop separators varied from different properties and features to provide our customer specialized solutions." Senior further claims that "[a]s a Senior customer, you will have access to our marketing and technology experts. All what we do is to provide you with competitive membrane products and help you build your next generation battery." In sum, Senior describes its business as follows: "Mainly engaged in research and development, manufacturing and sales of lithium-ion battery separators, providing customers with lithium battery separator's technical solutions."

40. These statements confirm my statements above in Paragraphs 19 to 28 about how separator manufacturers or distributors work to build a long-term relationship with customers and potential customers. Senior is integrally involved in the tiered supply chain described above, working with battery manufacturers to design a product that incorporates Senior's separators. Thus, Senior builds the kind of long-term relationship with battery manufacturers—Celgard's customers and potential customers—that Celgard desires. This significantly and irreparably harms Celgard.

41. Senior, by introducing potential Celgard customers to its infringing separators, and working through the iterative process described above, is improperly taking away both short- and long-term sales from Celgard and thereby significantly and irreparably harming Celgard. Further, the harm is compounded by the accelerating growth of markets like EVs that use lithium-ion batteries.

42. I am aware of Senior sampling or selling infringing copies of Celgard's separators to the following battery manufacturing companies: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

43. Based on my understanding, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Senior separators also may soon be found in additional ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

44. In addition, it is my understanding that Senior has improperly obtained Celgard's confidential information and trade secret information on its separators to produce infringing separators. Senior has improperly used and profited from the inappropriate use of Celgard's confidential information and trade secrets.

45. By selling separators ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████, particularly through the importation, use, offer for sale, and sale of such separators in the United States. Senior's infringing separators cut into Celgard's entire business and very identity.

**Senior's Global Presence Due to Copying Celgard's Separators**

46. Senior continues to have an increasingly significant presence in the global market for ceramic coated separators, which is significantly and irreparably harming Celgard.

47. It is estimated that separator demand for EVs by 2024 will be globally 7.7 billion $m^2$, with North America being 1.2 billion $m^2$ and China being 3.6 billion $m^2$. *See* Exhibit O at 13 (Celgard, EDV Market Update, March 2019).

████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

50. As a result, cell producers are facing a significant challenge in achieving profitability. Exhibit O at 5.

51. Based on a financial report, Senior's ceramic coating separator capacity was 55 million m$^2$ in 2017, 80 million m$^2$ in 2018, and 200 million m$^2$ in 2019. *See* Exhibit T at 8. Senior continues to have a planned output of 360 million m$^2$ thereafter. *See id.*; Exhibit I at 22.

52. A market report indicates that the global ceramic coated battery separator market was $792.2 million in revenue 2018 and is expected to reach $2.33 billion by the end of 2025 with a growth rate of 16.68% during 2019-2024. Exhibit P at 15 (Global Ceramic Coated Battery Separator Market, 2019). Of the $792.2 million in revenue for the global ceramic coated battery separator market, the revenue for the United States market was $143.5 million—18% of the global revenue. *Id.* at 52. The growth rate percentage for North America is 16.6%. *Id.* at 49.



54. I understand that after stealing Celgard's trade secrets and confidential information, Senior's global market share increased. In 2017, Senior's global market share was 7% which was comparable to Celgard.

55. It is Senior's work with Celgard's customers and potential customers that has allowed Senior to gain its market share. Additionally, Senior has gained such significant market share by copying Celgard's technology and separators using Celgard's confidential information and trade secrets and by infringing Celgard's patents. This is significantly and irreparably harming Celgard and causing it to lose market distinctiveness and market share.

**Celgard's Competition in the EV Battery Separator Market**

56. Senior is a direct competitor to Celgard. Accordingly, each sale of Senior's infringing separator (produced from misappropriated Celgard information) results in a lost

1  potential sale for Celgard, who also loses a potential customer relationship and the
2  opportunity to recover on its institutional investment in research, development, and intellectual
3  property. Every square meter ($m^2$) of separator sales is very important to Celgard, and product
4  differentiation based on Celgard's patented technology is critical to Celgard. Therefore, the
5  infringing separators have a particularly large and direct impact upon Celgard. Further, the harm
6  is compounded by the accelerating growth of markets like EVs that use lithium ion batteries.

[Lines 7–21: redacted]

22  60.   Accordingly, Celgard has been and continues to be significantly and irreparably
23  harmed due to the loss of its distinctiveness and market share due to Senior's infringing and copy-
24  cat separators.

25  **Celgard's Irreparable Harm Due to Senior's Infringing Copies of its Separators**

26  61.   Each supply agreement with a battery manufacturer or OEM that Senior obtained
27  using Celgard's patented technology results in a lost potential short-term and long-term supply
28  agreement with a battery manufacturer, including those who sell batteries to EV and CE

1  manufacturers. This loss, independent of its immediate financial value, also deprives Celgard of
2  an opportunity to gain knowledge about that OEM that could be used to obtain its future business
3  or that could spark further innovation. This is significantly and irreparably harmful to Celgard.
4  This is especially harmful to Celgard given that the '520 patent is close to its expiration date.

5  ▇   As discussed above, Celgard has already been harmed by Senior's infringing
6  separators. ▇
7  ▇
8  ▇ ▇
9  ▇

10  64.   Celgard had been selling its ceramic coated separators to ▇.
11  65.   ▇, announced that it
12  was purchasing from Senior.
13  ▇ ▇
14  ▇
15  ▇
16  ▇
17  ▇
18  ▇
19  ▇
20  ▇
21  ▇
22  ▇
23  ▇   It is my understanding that Celgard lost ▇
24  ▇
25  ▇   It is my understanding that ▇
26  ▇
27  ▇
28  69.   This lost business with a major customer ▇

1    ▮▮▮▮ has significantly and irreparably harmed Celgard and will continue to significantly and
2    irreparably harm Celgard.

3    70.   Accordingly, Celgard has been and continues to be significantly and irreparably
4    harmed due to the loss of its distinctiveness, market share ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
5    ▮▮▮▮▮▮▮▮▮▮▮▮.

6    71.   Senior's misappropriation of Celgard's trade secrets, improper acquisition and use
7    of Celgard's trade secrets and confidential information, and other wrongdoing has caused and will
8    continue to cause Celgard to lose sales, customers, reputation, and market share for its products.

9    72.   Senior's misappropriation of Celgard's trade secrets and confidential information
10   threatens Celgard's reputation as an innovator in the lithium-ion battery market and its market
11   share that Celgard worked so hard to obtain.

12   73.   Celgard has been and will continue to be irreparably harmed by Senior's infringing
13   and unlawful activities.

**Celgard's testing of Senior Products**

15   74.   In February 2019, Celgard tested two sample Senior separators: separator
16   models SH416W14 and SH216D22.

17   75.   The tests conducted on these separators, included the following: Scanning
18   Electron Microscopy (SEM) imaging; Fourier transform infrared spectroscopy (FTIR);
19   differential scanning calorimetry (DSC) test; thermogravimetric analysis (TGA); and
20   shutdown performance (temperature and speed.

21   76.   The FTIR test was also performed on ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
22   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
23   ▮▮▮▮▮▮▮▮▮▮▮▮

24   77.   The results of these tests were summarized in a report. The report is attached
25   as Exhibit R to this declaration.

27   I declare under penalty of perjury that the foregoing is true and correct.

Executed on this the 31st day of October, 2019.

_____
Ian McCallum

Executed on this the 31st day of October, 2019.

_____
Ian McCallum

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

REDACTED VERSION OF
MCCALLUM DECLARATION