LATHAM & WATKINS LLP
  Kevin C. Wheeler (Bar No. 261177)
  kevin.wheeler@lw.com
  140 Scott Drive
  Menlo Park, CA 94025
  T: (650) 328-4600 / F: (650) 463-2600

  Gregory K. Sobolski (Bar No. 267428)
  gregory.sobolski@lw.com
  505 Montgomery Street, Suite 2000
  San Francisco, California  94111
  T: (415) 395-8035 | F: (415) 395-8095

Attorneys for Defendants Shenzhen Senior Technology
Material Co. Ltd. (US) Research Institute, and
Shenzhen Senior Technology Material Co. Ltd.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CELGARD, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SHENZHEN SENIOR TECHNOLOGY MATERIAL CO. LTD. (US) RESEARCH INSTITUTE AND SHENZHEN SENIOR TECHNOLOGY MATERIAL CO. LTD.,<br><br>Defendants. | CASE NO. 4:19-cv-5784-JST<br><br>**DECLARATION OF XIAOMIN (STEVEN) ZHANG**<br><br>**SUBJECT TO INTERIM PROTECTIVE ORDER**<br><br>Judge: Jon S. Tigar<br><br>REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED |

I, Xiaomin (Steven) Zhang, state and declare as follows:

1. I am the Chief Technology Officer ("CTO") of Shenzhen Senior Material Technology Co., Ltd. ("Senior Technology").

2. I obtained a PhD in Polymer Physics & Science from the Chinese Academy of Sciences in 1997. Since then, I have worked in various research and/or product development capacities for the National Research Council Canada (NRC), GE Advanced Materials, and Celgard, LLC ("Celgard"). I have authored or contributed to over 30 papers in international journals and am the inventor of multiple patents. Based on my studies and work experience, I have expertise in polymer materials, polymer-structure-processing-properties relationship, as well as membrane and separator development and production.

3. I worked at Celgard for approximately 12 years as part of its research and development team. When I left Celgard in 2016, I held the position of a Polypore Fellow and Celgard Technical Associate.

4. In 2017, I joined Senior Technology.        REDACTED
REDACTED
REDACTED
REDACTED
REDACTED

REDACTED

5. I left Celgard for two primary reasons. First, in 2015, Celgard merged with Asahi-Kasei, a Japanese company. After the merger, I felt that the corporate culture of Celgard changed for the worse, with less transparency and engagement between the Japanese management and the United States Celgard team. I subsequently became less confident in my future with Celgard and the future of the company. For example, due to their concerns regarding the company as expressed to me, many top-level staff engineers and scientists left Celgard after the merger, including seven key research and development PhD scientists and team leaders. Second, my wife, who is from China, became ill in 2016, and western medicine does not offer her any effective treatments for her illness. As a result, I became interested in opportunities that

1 would allow me to work in China, so that my wife could explore alternative traditional Chinese medicine treatment options for her illness.

6. In light of statements Senior Technology made to me at the time and have since made to me, I believe that Senior Technology engaged me based on my general industry experience and knowledge about battery separators. Senior Technology never indicated any intention to engage me in order to steal any Celgard confidential information or trade secrets and at no point in time has anyone at Celgard asked me to disclose such information or trade secrets.

7. Since I left Celgard, I have not accessed any Celgard confidential information or trade secrets.

8. I have not disclosed any Celgard confidential information or trade secrets to anyone at Senior Technology.

9. I have not used any Celgard confidential information or trade secrets in connection with any of my work for Senior Technology.

10. I have preserved any and all materials, including computing devices and electronic removable media in my possession, custody or control to the extent such materials are needed for discovery in this litigation.

11. I understand Celgard claims that I helped Senior Technology improve the thermal shrinkage and strength of the SD216202 separator. This claim is not true. REDACTED
REDACTED
REDACTED

12. I understand Celgard also suggests that I helped Senior Technology introduce 20 new products by using Celgard's confidential information and trade secrets. Celgard does not identify what new products it is referring to. Regardless, to my knowledge, no Celgard confidential information or trade secrets were used in any new Senior Technology product developed or introduced after I joined Senior Technology.

13. REDACTED
REDACTED
REDACTED

14.      REDACTED
         REDACTED
         REDACTED
         REDACTED
REDACTED
         REDACTED
         REDACTED

I hereby declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 5th day of December 2019 in Shenzhen, China.

By: _____
Xiaomin (Steven) Zhang