UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELGARD, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHENZHEN SENIOR TECHNOLOGY MATERIAL CO. LTD. (US) RESEARCH INSTITUTE, et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-05784-JST<br><br>**ORDER CONTINUING MOTION HEARINGS**<br><br>Re: ECF No. 93, 230 |

In anticipation of the Plaintiff's potential amended complaint, ECF No. 238 at 17, the Court continues the hearings on Defendants' Farasis Energy USA, Inc.'s and Farasis Energy Inc.'s motion to dismiss, ECF No. 230, and Plaintiff's motions to dismiss counterclaims and strike affirmative defenses, ECF No. 93, to April 8, 2020 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: February 12, 2020

_____
JON S. TIGAR
United States District Judge