UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELGARD, LLC,<br><br>             Plaintiff,<br><br>    v.<br><br>SHENZHEN SENIOR TECHNOLOGY MATERIAL CO. LTD. (US) RESEARCH INSTITUTE, et al.,<br><br>             Defendants. | Case No. 19-cv-05784-JST<br><br>**ORDER RE: MOTIONS TO FILE UNDER SEAL**<br><br>Re: ECF No. 130, 174, 199 |

Defendants Shenzhen Senior Technology Material Co. Ltd. ("Senior-China") and Shenzhen Senior Technology Material Co. Ltd (US) Research Institute ("Senior-US") have filed motions to file under seal documents related to Senior-China's motion to dismiss, ECF No. 130, and reply to Plaintiff Celgard LLC's opposition to Senior-China's motion to dismiss, ECF No. 174. Celgard has filed a motion to file under seal documents related to its sur-reply in support of its motion for preliminary injunction, ECF No. 199.

Each motion seeks to file under seal material designated as confidential by another party. *See* ECF No. 130 at 2; ECF No. 174 at 2; ECF No. 199 at 2. However, the designating party has not filed a supporting declaration in accordance with Civil Local Rule 79-5(e). Any supporting declarations must be filed within four days of the issuance of this order. If the Court does not receive supporting declarations within four days, it will deny the motions as to these materials.

**IT IS SO ORDERED.**

Dated: February 12, 2020

                                                           JON S. TIGAR<br>                                                 United States District Judge