LATHAM & WATKINS LLP
Kevin C. Wheeler (Bar No. 261177)
*kevin.wheeler@lw.com*
140 Scott Drive
Menlo Park, CA 94025
T: (650) 328-4600

Gregory K. Sobolski (Bar No. 267428)
*gregory.sobolski@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
T: (415) 391-0600

Thomas W. Yeh (Bar No. 287118)
*thomas.yeh @lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
T: (213) 485-1234

Attorneys for Defendants and Counterclaim Plaintiffs
Shenzhen Senior Tech. Material Co. Ltd., Shenzhen
Senior Tech. Material Co. Ltd. (US) Rsch. Inst., Sun
Town Tech., Inc., Global Venture Devel., LLC, and
Global Venture Devel., Inc., and Dr. Steven Zhang

(Additional attorneys listed on signature page)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| CELGARD, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>SHENZHEN SENIOR TECHNOLOGY MATERIAL CO. LTD. (US) RESEARCH INSTITUTE, ET AL.,<br><br>  Defendants. | CASE NO. 4:19-cv-5784-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR DEFENDANTS TO RESPOND TO CELGARD, LLC'S FIFTH AMENDED COMPLAINT** |
| SHENZHEN SENIOR TECHNOLOGY MATERIAL CO. LTD. (US) RESEARCH INSTITUTE,<br><br>  Counterclaimant,<br><br>  v.<br><br>CELGARD, LLC,<br><br>  Counter-defendant. | |

**STIPULATION AND [PROPOSED] ORDER**

Pursuant to Civil Local Rule 6-1(b) and 6-2, Defendants and Counterclaim Plaintiffs Shenzhen Senior Technology Material Co. Ltd., Shenzhen Senior Technology Material Co. Ltd. (US) Research Institute, Sun Town Technology, Inc., Global Venture Development, LLC, and Global Venture Development, Inc., and Dr. Steven Zhang (collectively, "Defendants") and Plaintiff Celgard, LLC ("Celgard") stipulate as follows.

WHEREAS, Defendants are currently required to respond to Celgard's Fifth Amended Complaint (Dkt. No. 633) on or before January 21, 2022;

WHEREAS, Defendants and Celgard have reached mutual agreement that Defendants may have an additional 11 days to respond to Celgard's Fifth Amended Complaint;

WHEREAS, the proposed extension will not alter the date of any event or any deadline already fixed by Court order;

THEREFORE, Defendants and Celgard agree that Defendants' time to respond to the Fifth Amended Complaint shall be continued from January 21, 2022 to February 1, 2022.

PURSUANT TO THE PARTIES' STIPULATION, **IT IS SO ORDERED**.

Dated: _____

JON S. TIGAR
United States District Judge

| | |
|---|---|
| 1   Dated: January 13, 2022 | **LATHAM & WATKINS LLP** |
| 2 | */s/ Kevin C. Wheeler* |
|   | Kevin C. Wheeler (Bar No. 261177) |
| 3 | kevin.wheeler@lw.com |
|   | 140 Scott Drive |
| 4 | Menlo Park, CA 94025 |
|   | Telephone: (650) 328-4600 |
| 5 | |
|   | Gregory K. Sobolski (Bar No. 267428) |
| 6 | gregory.sobolski@lw.com |
|   | 505 Montgomery Street, Suite 2000 |
| 7 | San Francisco, CA 94111 |
|   | Telephone: (415) 391-0600 |
| 8 | |
|   | Thomas W. Yeh (Bar No. 287118) |
| 9 | thomas.yeh@lw.com |
|   | 355 South Grand Avenue, Suite 100 |
| 10 | Los Angeles, CA  90071 |
|   | Telephone: (213) 485-1234 |
| 11 | |
|   | Evan R. King (*pro hac vice*) |
| 12 | evan.king@lw.com |
|   | 200 Clarendon Street |
| 13 | Boston, MA 02116 |
|   | Telephone: (617) 948-6000 |
| 14 | |
|   | *Attorneys for Defendants and Counterclaim Plaintiffs Shenzhen Senior Tech. Material Co. Ltd., Shenzhen Senior Tech. Material Co. Ltd. (US) Rsch. Inst., Sun Town Tech., Inc., Global Venture Devel., LLC, and Global Venture Devel., Inc., and Dr. Steven Zhang* |
| 15 | |
| 16 | |
| 17 | |
| 18 | **ROBINS KAPLAN LLP** |
| 19 | */s/ Bryan J. Vogel* |
| 20 | Bryan J. Vogel (*pro hac vice*) |
|   | BVogel@RobinsKaplan.com |
| 21 | Derrick Carman (*pro hac vice*) |
|   | DCarman@RobinsKaplan.com |
| 22 | 900 Third Avenue, Suite 1900 |
|   | New York, NY 10022-4690 |
| 23 | Telephone: (212) 980-7400 |
|   | Facsimile: (212) 980-7499 |
| 24 | |
|   | Li Zhu (Bar No. 302210) |
| 25 | LZhu@RobinsKaplan.com |
|   | 2006 Kala Bagai Way, Suite 22 |
| 26 | Berkeley, CA 94704 |
|   | Telephone: (650) 784-4040 |
| 27 | Facsimile: (650) 784-4041 |
| 28 | *Attorneys for Plaintiff Celgard, LLC* |

**FILER'S ATTESTATION**

I, Kevin C. Wheeler, am the ECF user whose ID and password are being used to file this Stipulated Request for Order Changing Time. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

Dated: January 13, 2022

/s/ *Kevin C. Wheeler*
Kevin C. Wheeler