Daniel C. Callaway (State Bar No. 262675)
dcallaway@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for THIRD PARTY TARGRAY
TECHNOLOGY INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA (OAKLAND DIVISION)

| | |
|---|---|
| CELGARD, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>SHENZHEN SENIOR TECHNOLOGY MATERIAL CO. LTD (US) RESEARCH INSTITUTE, ET AL.,<br><br>                Defendants. | Case No.: 4:19-cv-05784-JST<br><br>**DECLARATION OF ANNIE GALARNEAU IN SUPPORT OF CELGARD, LLC'S ADMINISTRATIVE MOTION AT DOCKET 641 TO CONSIDER WHETHER TARGRAY TECHNOLOGY INTERNATIONAL, INC.'S MATERIAL SHOULD BE SEALED**<br><br>Hon. Jon S. Tiger |

39793\14562765.1

I, Annie Galarneau, declare as follows:

1. I am the General Counsel of Targray Technology International, Inc. ("Targray"). Pursuant to Local Rule 79-5.2.2(b)(i), I submit this Declaration In Support Of Celgard, LLC's Administrative Motion to Consider Whether a Non-Party's Material [Targray] Should Be Sealed (Dkt. No. 641). I have personal knowledge of the facts stated below and, if called as a witness, I could and would testify competently thereto.

2. Below are lists detailing the items that Targray requests to be sealed because they contain Targray's confidential business information:

- Exhibit Z to Celgard, LLC's Fifth Amended Complaint (Dkt. No. 633-26): in its entirety. Exhibit Z is an email chain containing Targray's negotiations with another party regarding legal strategy and the pro rata division of legal fees. Exhibit Z also contains legal strategies proposed to Targray by the other party. Such details represent Targray's confidential business information and could be harmful to its business if divulged.

- Exhibit AA to Celgard, LLC's Fifth Amended Complaint (Dkt. No. 633-27): in its entirety. Exhibit AA is an email chain containing Targray's negotiations with a customer concerning specific products as well as operational information of Targray. This information includes customer preferences for specific products and product features, product availability, and product adoption by customers. Even as produced, Exhibit AA includes identifying address information that would reveal the nature of Targray's negotiations with a particular customer. Such details represent Targray's confidential business information and could be harmful to its business if divulged.

- Exhibit BB to Celgard, LLC's Fifth Amended Complaint (Dkt. No. 633-28): in its entirety. Exhibit BB is the same document as Exhibit 4 to the Vogel Declaration (Dkt. No. 608-5), which was sealed in its entirety. See Docket Nos. 616 (Galarneau declaration) and 648 (Court's order granting sealing motion). Exhibit BB is an email chain containing Targray's negotiations with a customer concerning

specific products as well as operational information of Targray. This information includes future product plans, customer preferences for specific products and product features, product availability, and product adoption by customers. Exhibit BB further includes discussion of potential liability connected to product sales. Such details represent Targray's confidential business information and could be harmful to its business if divulged.

- Exhibit FF to Celgard, LLC's Fifth Amended Complaint (Dkt. No. 633-32): in its entirety. Exhibit FF is an email chain containing Targray's negotiations with another entity regarding Targray's legal obligations. Such details represent Targray's confidential business information and could be harmful to its business if divulged.

- Exhibit GG to Celgard, LLC's Fifth Amended Complaint (Dkt. No. 633-33): in its entirety. Exhibit GG is an email chain containing Targray's negotiations with another entity regarding a distribution agreement, and Targray's legal obligations. Such details represent Targray's confidential business information and could be harmful to its business if divulged.

- Exhibit MM to Celgard, LLC's Fifth Amended Complaint (Dkt. No. 633-39): in its entirety. Exhibit UU is the same document as Exhibit F to the Wheeler Declaration (Dkt. No. 595-3), which was sealed in its entirety. See Docket Nos. 613 (Galarneau declaration) and 648 (Court's order granting sealing motion). Exhibit MM is a distributor agreement detailing Targray's rights and obligations regarding certain products. Exhibit MM contains terms related to pricing, discounts, and compensation that represent Targray's confidential business information and could be harmful to if business if divulged.

- Exhibit RR to Celgard, LLC's Fifth Amended Complaint (Dkt. No. 633-44): in its entirety. Exhibit RR is the same document as Exhibit 4 to the Vogel Declaration (Dkt. No. 608-5), which was sealed in its entirety. See Docket Nos. 616 (Galarneau declaration) and 648 (Court's order granting sealing motion). Exhibit

RR is an email chain containing Targray's negotiations with a customer concerning specific products as well as operational information of Targray. This information includes future product plans, customer preferences for specific products and product features, product availability, and product adoption by customers. Exhibit RR further includes discussion of potential liability connected to product sales. Such details represent Targray's confidential business information and could be harmful to its business if divulged.

- Exhibit UU to Celgard, LLC's Fifth Amended Complaint (Dkt. No. 633-47): in its entirety. Exhibit UU is the same document as Exhibit N to the Wheeler Declaration (Dkt. No. 595-6), which was sealed in its entirety. See Docket Nos. 613 (Galarneau declaration) and 648 (Court's order granting sealing motion). Exhibit UU is an email chain containing Targray's negotiations with customers concerning specific quantities of products as well as operational information of Targray. This information includes pricing, customer preferences for specific products, product availability, and product adoption by customers. Such details represent Targray's confidential business information and could be harmful to if business if divulged.

- Exhibit VV to Celgard, LLC's Fifth Amended Complaint (Dkt. No. 633-48): in its entirety. Exhibit VV is the same document as Exhibit 3 to the Vogel Declaration (Dkt. No. 608-4), which was sealed in its entirety. See Docket Nos. 616 (Galarneau declaration) and 648 (Court's order granting sealing motion). Exhibit VV is an email chain containing Targray's negotiations with a customer concerning specific products as well as operational information of Targray. This information includes the identity of a customer, that customer's preferences for specific products, product availability, and product adoption by customers. Exhibit VV further includes discussion of potential liability connected to product sales. Such details represent Targray's confidential business information and could be harmful to its business if divulged.

- Exhibit WW to Celgard, LLC's Fifth Amended Complaint (Dkt. No. 633-49): in its entirety.  Exhibit WW is the same document as Exhibit 5 to the Vogel Declaration (Dkt. No. 608-6), which was sealed in its entirety.  See Docket Nos. 616 (Galarneau declaration) and 648 (Court's order granting sealing motion).  Exhibit WW is an email chain containing Targray's negotiations with a customer concerning specific products as well as operational information of Targray.  This information includes the identify of a customer, future product plans, customer preferences for specific products and product features, product availability, and product adoption by customers.  Such details represent Targray's confidential business information and could be harmful to its business if divulged.

- Exhibit XX to Celgard, LLC's Fifth Amended Complaint (Dkt. No. 633-50): in its entirety.  Exhibit XX is the same document as Exhibit B to the Wheeler Declaration (Dkt. No. 595-2), which was sealed in its entirety.  See Docket Nos. 613 (Galarneau declaration) and 648 (Court's order granting sealing motion).  Exhibit XX is an email chain containing Targray's negotiations with customers concerning specific quantities of products as well as operational information of Targray.  This information includes customer preferences for specific products, as well as forecasted demand for specific products.  Such details represent Targray's confidential business information and could be harmful to if business if divulged.

- Exhibit YY to Celgard, LLC's Fifth Amended Complaint (Dkt. No. 633-51): in its entirety.  Exhibit YY is the same document as Exhibit 14 to the Vogel Declaration (Dkt. No. 608-15), which was sealed in its entirety.  See Docket Nos. 616 (Galarneau declaration) and 648 (Court's order granting sealing motion).  Exhibit YY is an email chain containing a description of Targray's discussions with a customer concerning product plans and negotiations with Shenzhen Senior concerning specific quantities of products as well as operational information of Targray.  This information includes the identification of a customer and that customer's preferences for specific products.  Such details represent Targray's

confidential business information and could be harmful to its business if divulged.

- Exhibit ZZ to Celgard, LLC's Fifth Amended Complaint (Dkt. No. 633-52): in its entirety. Exhibit ZZ is the same document as Exhibit H to the Wheeler Declaration (Dkt. No. 595-5), which was sealed in its entirety. See Docket Nos. 613 (Galarneau declaration) and 648 (Court's order granting sealing motion). Exhibit ZZ is an email chain containing Targray's negotiations with customers concerning specific quantities of products as well as operational information of Targray. This information includes customer preferences for specific products, as well as forecasted demand for specific products. Exhibit ZZ further includes discussion of potential liability connected to product sales. Such details represent Targray's confidential business information and could be harmful to if business if divulged.

- Exhibit AAA to Celgard, LLC's Fifth Amended Complaint (Dkt. No. 633-53): in its entirety. Exhibit AAA is the same document as Exhibit B to the Wheeler Declaration (Dkt. No. 595-2), which was sealed in its entirety. See Docket Nos. 613 (Galarneau declaration) and 648 (Court's order granting sealing motion). Exhibit AAA is an email chain containing Targray's negotiations with customers concerning specific quantities of products as well as operational information of Targray. This information includes customer preferences for specific products, as well as forecasted demand for specific products. Such details represent Targray's confidential business information and could be harmful to if business if divulged.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 14 day of January, 2022, at Laval, Quebec (Canada).



ANNIE GALARNEAU